PROB 12C
(6/16)

Report Date: January 13, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2026

SEAN F. McAVOY, CLERK

ECF No. 46

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Allen Miller                Case Number: 0980 2:21CR00143-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2022

Original Offense:       Possession with Intent to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)

Original Sentence:      Prison - Time Served (1day)            Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    U.S. Attorneys Office                  Date Supervision Commenced: November 17, 2022

Defense Attorney:       Stephen R. Hormel                      Date Supervision Expires: November 16, 2027

## PETITIONING THE COURT

To issue a summons.

On November 21, 2022, the offender's conditions of supervised release were explained by the supervising officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, marijuana, on or about December 19, 2025. Additionally, he admitted to tampering with his sweat patch on or about December 24, 2025.<br><br>On December 19, 2025, a sweat patch was placed on the offender due to concerns about recent dilute urine specimens.<br><br>On December 29, 2025, Mr. Miller reported to the U.S. Probation Office to have the sweat patch removed. The sweat patch appeared to be tampered with; however, he denied such. |

Prob12C
**Re: Miller, Tyler Allen**
**January 13, 2026**
Page 2

                On December 30, 2025, the offender reported to the U.S. Probation Office for a scheduled appointment with this officer. At that time, he admitted to tampering with the sweat patch on or about December 24, 2025.

                On January 12, 2026, the probation officer received notification that the above-referenced sweat patch returned positive for marijuana.

2  **Standard Condition #4:** You must be truthful when responding to questions asked by the probation officer.

                **Supporting Evidence:** The offender is alleged to have violated standard condition number 4, by failing to be truthful with the probation officer on or about December 29, 2025.

                On December 29, 2025, this officer confronted the offender regarding suspicions he tampered with the sweat patch that was applied on December 19, 2025. At that time, he denied tampering with the sweat patch. He was also questioned about drug use, which he adamantly denied.

                Mr. Miller was not truthful with the probation officer regarding his drug use and the sweat patch tamper. As noted in violation number 1, his sweat patch returned positive for marijuana, and he later admitted to tampering with the sweat patch.

3  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                **Supporting Evidence:** The offender is alleged to have violated special condition number 4, by using controlled substances, anabolic steroids, in December 2025.

                On December 30, 2025, Mr. Miller admitted to using anabolic steroids multiple times in December 2025. He explained that he received said substances from a friend at the gym.

4  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by tampering with a sweat patch that was applied on December 29, 2025.

                On December 29, 2025, a sweat patch was applied on the offender. He reported to the U.S. Probation Office to have it removed on January 7, 2026. At that time, the sweat patch appeared to have been tampered with; however, Mr. Miller denied such. He claimed the sweat patch was peeling off, so he tried to keep it on with tape.

Prob12C
Re: Miller, Tyler Allen
January 13, 2026
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

January 13, 2026
Date