PROB 12C
(6/16)

Report Date: February 2, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2026

SEAN F. McAVOY, CLERK

ECF No. 50

| | |
|---|---|
| Name of Offender: Tyler Allen Miller | Case Number: 0980 2:21CR00143-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Liberty Lake, Washington 99019 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: November 17, 2022 | |
| Original Offense: | Possession with Intent to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: Prison - Time Served (1 day) TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: U.S. Attorney's Office | Date Supervision Commenced: November 17, 2022 |
| Defense Attorney: Stephen R. Hormel | Date Supervision Expires: November 16, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 13, 2026.

On November 21, 2022, the offender's conditions of supervised release were explained by the supervising officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the federal judicial district on or about January 29, 2026, without first getting permission from the probation officer. |
| | On January 29, 2026, at approximately 12:22 a.m., the offender was stopped by the Post Falls Police Department in Post Falls, Idaho.  He was given a written warning for failing to register his vehicle. |
| | The offender had not received permission from the probation officer to leave the Eastern District of Washington. |

Prob12C
Re: Miller, Tyler Allen
February 2, 2026
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 2, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice

Signature of Judicial Officer

2/3/2026

Date