PROB 12C
(6/16)

Report Date:  February 13, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

ECF No. 64

Name of Offender: Tyler Allen Miller          Case Number: 0980 2:21CR00143-TOR-1

Address of Offender: ███████████████████ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2022

Original Offense:          Possession with Intent to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B)

Original Sentence:          Prison - Time Served (1 day)      Type of Supervision: Supervised Release
                            TSR - 60 months

Asst. U.S. Attorney:      Stephanie A. Van Marter      Date Supervision Commenced: November 17, 2022

Defense Attorney:        Adrien Lindsay Fox            Date Supervision Expires: November 16, 2027

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with violation(s) previously reported to the Court on January 13 and February 2, 2026.

On November 21, 2022, the offender's conditions of supervised release were explained by the supervision officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to attend his scheduled substance abuse assessment at Pioneer Human Services (PHS) on February 11, 2026.

On February 11, 2026, Mr. Miller arrived late for his scheduled substance abuse assessment at PHS.  Due to his tardiness, his appointment had to be rescheduled.

Prob12C
**Re: Miller, Tyler Allen**
**February 13, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 13, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/18/2026

Date