PROB 12C
(6/16)

Report Date: February 26, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 69

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Allen Miller          Case Number: 0980 2:21CR00143-TOR-1

Address of Offender: ██████████████████ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2022

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - Time Served (1 day) TSR - 60 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: November 17, 2022 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: November 16, 2027 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with violation(s) previously reported to the Court on January 13, February 2 and 13, 2026.

On November 21, 2022, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Driving While License Suspended, in violation of R.C.W. 46.20.342, on or about February 23, 2026. |
| | According to Liberty Lake Police Department incident report number 2026-88001925, on or about February 23, 2026, law enforcement made contact with the offender following a traffic stop for failing to display his front license plate. When his record was run, the responding officer discovered Mr. Miller's license was suspended. The officer chose not to cite the offender with the above-referenced offense. |
| 8 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

Prob12C
**Re: Miller, Tyler Allen**
**February 26, 2026**
**Page 2**

**Supporting Evidence**: The offender is alleged to have violated standard condition number 9, by failing to notify the probation officer within 72 hour of his contact with law enforcement on or about February 23, 2026.

As noted in violation number 7, Mr. Tyler had contact with law enforcement on February 23, 2026. He failed to notify the probation officer within 72 hours of said contact.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 26, 2026
_____

s/Lori Cross
_____

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/27/2026
_____

Date